**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| RENEE Y. SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:12cv887 |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION TO OVERRULE
DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FIRST SET OF DISCOVERY**

COMES NOW the Plaintiff, Renee Y. Smith ("Smith" or "Plaintiff"), by counsel, and for the reasons more fully set forth in the contemporaneously filed Memorandum of Law, she moves the Court for entry of an Order overruling the Defendant's objections to Plaintiff's first set of discovery.

                                          Respectfully submitted**,**
                                          **RENEE Y. SMITH**


                                          By:_____/s/_____
                                                   Of Counsel

Matthew J. Erausquin, VSB No. 65434
*Counsel for the Plaintiff*
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:    (703) 273-7770
Facsimile:     (888) 892-3512
matt@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 17th day of May, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Biondi
SANDS ANDERSON PC
2300 Bank of America Center
1111 East Main Street (23219)
P. O. Box 1998
Richmond, V A 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: abiondi@sandsanderson.com

Cindy D. Salvo
THE SALVO LAW FIRM, PC
185 Fairfield Avenue, Suite 3C/3D
West Caldwell, New Jersey 07006
Telephone: (973) 226-2220
Facsimile: (973) 900-8800
Email: csalvo@salvolawfirm.com

       *Counsel for the Defendant*

                                                                  /s/
                                          Matthew J. Erausquin, VSB No. 65434
                                          *Counsel for the Plaintiff*
                                          CONSUMER LITIGATION ASSOCIATES, P.C.
                                          1800 Diagonal Road, Suite 600
                                          Alexandria, VA  22314
                                          Telephone:     (703) 273-7770
                                          Facsimile:     (888) 892-3512
                                          matt@clalegal.com